RECEIVED
JUL 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FULL RETURN OF SERVICE**

JACQUELINE PAYNE, ET AL.

    Plaintiff(s),

Case Number: A93-107 CIVIL

vs.

EXXON CORPORATION, ET AL.
    Defendant(s).

I certify that the following document was returned:

WRIT OF EXECUTION AGAINST:    ***FERDINAND SAMUEL***

DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this July 06, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   3/5/2009

Client:   HOLMES WEDDLE & BARCOTT, PC
Client Contact:   TINA HARDWICK
File Number:   1588-8659

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Return No.:   22198