LODGED

JAN 21 1997

Randall J. Weddle, Esq.
Matthew D. Regan, Esq.
Faulkner, Banfield, Doogan
  & Holmes
550 West 7th Avenue, Suite 1000
Anchorage, Alaska 99501
Phone: (907) 274-0666
Co-Counsel for Exxon Corporation, erroneously sued
    herein as Exxon Company USA, and Exxon Shipping Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACQUELINE PAYNE, JACOB PAYNE, RANDY W. LOWE, FERDINAND SAMUEL, and DANIEL SAILORS,  Plaintiffs, vs. EXXON CORPORATION, EXXON COMPANY USA, EXXON SHIPPING COMPANY and VECO, INC., Defendants. | Case No. A93-107 CV (JWS)  WRIT OF EXECUTION |

TO THE UNITED STATE MARSHAL FOR THE DISTRICT OF ALASKA:

On December 5, 1995, a Judgment was entered in the docket of the above-entitled court and action, in favor of Exxon Corporation, erroneously sued herein as Exxon Company USA, and Exxon Shipping Company, the Judgment Creditor, and against plaintiffs as Judgment Debtors, in the amount of $10,299.50. That total judgment has been apportioned between the plaintiffs pursuant to the costs taxed against them by the clerk. Ferdinand Samuel's portion of the judgment is:

    $1,419.82 for fees and costs.

FAULKNER, BANFIELD, DOOGAN & HOLMES
550 WEST SEVENTH AVE., SUITE 1000
ANCHORAGE, ALASKA 99501-3510
TELEPHONE (907) 274-0666

$1,419.82 is the total apportioned amount of the judgment for Ferdinand Samuel.

WHEREAS, according to the Affidavit and Request for Issuance of Writ of Execution filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$87.34    accrued interest, and

$ -0-     accrued costs, making a total of

$87.34    ACCRUED COSTS AND ACCRUED INTEREST.

CREDIT must be given for payments and partial satisfactions in the amount of:

$ -0- which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$1,507.16 ACTUALLY DUE on this date, the date of the request for issuance of this writ, of which

$1,419.82 is due on the judgment, for Ferdinand Samuel's portion of the judgment, as entered and bears interest at 5.45% per annum in the amount of

$.21 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased cost out of debtor's real property.

FAULKNER, BANFIELD, DOOGAN & HOLMES
550 WEST SEVENTH AVE., SUITE 1000
ANCHORAGE, ALASKA 99501-3510
TELEPHONE (907) 274-0666

HEREIN FAIL NOT, and have you then and there this writ.

DATED: 1-22-97                    MICHAEL D. HALL, CLERK

(SEAL)                            By: /s/ Sharon M. Fisher

I hereby certify that a true and correct copy of the foregoing was served by mail this 21st day of January 1997, on:

Roger E. Henderson, Esq.          Attorneys for Plaintiffs
Houston & Henderson
821 N Street, Suite 102
Anchorage, AK 99501

Herbert Resner, Esq.
900 Montgomery Street
San Francisco, CA 94133

Daniel A. Stenson, Esq.
Law Offices of John E. Hill
30 Hotaling Place, First Floor
San Francisco, CA 94111

Melvin M. Belli, Esq.
Randall H. Scarlett, Esq.
Belli, Belli, Browan, Monzione,
  Fabbro & Zakraia
30 Hotaling Place
San Francisco, CA 94111

Jack Miller, Esq.                 Attorneys for Defendant
Colleen Moore, Esq.                   VECO, Inc.
Eide & Miller
425 "G" Street, Suite 930
Anchorage, AK 99501

Eliot Jubelirer, Esq.
Morgenstein & Jubelirer
One Market Plaza, Spear Street Tower
Thirty-Second Floor               Co-counsel for Exxon Corporation
San Francisco, CA 94105           and Exxon Shipping Company

/s/ Matthew D. Regan
Matthew D. Regan

G:\1588\8659\PLD\WRITS\WRIT.fs

FAULKNER, BANFIELD, DOOGAN & HOLMES
550 WEST SEVENTH AVE, SUITE 1000
ANCHORAGE, ALASKA 99501-3510
TELEPHONE (907) 274-0666